# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:05CR374** |
| vs. | ) | |
| | ) | **ORDER** |
| ROBERT BRISTOW, | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on defendant's motion for a 60-day extension of time to file pretrial motions (#9). Due to the length of continuance sought, I will require the defendant to file a renewed waiver of speedy trial in conjunction with this request.

**IT IS ORDERED** that defendant's motion (#9) is held in abeyance pending compliance with NECrimR 12.3(a). Defendant shall file the required waiver on or before **Thursday, December 1, 2005**.

**DATED November 23, 2005.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge