# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:05CR374** |
| **vs.** | ) | |
| | ) | **ORDER** |
| **ROBERT BRISTOW,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on defendant's motion for a 45-day extension of time to file pretrial motions (#15). This is defendant's third request, and he has already been given two substantial extensions of time. Due to the length of the extensions sought, defendant was ordered to file a renewed waiver of speedy trial when his second motion for a 30-day extension was granted. The defendant has not complied with that order.

**IT THEREFORE IS ORDERED** that defendant's motion [15] is held in abeyance pending compliance with NECrimR 12.3(a). Defendant is given until Thursday, March 4, 2006 to file the required waiver.

**DATED February 24, 2006.**

**BY THE COURT:**

**s/ F.A. Gossett**
**United States Magistrate Judge**